**GRAIF BARRETT & MATURA, P.C.**
Kevin C. Barrett, State Bar No. 020104
Jay R. Graif, State Bar No. 017246
Heather A. Fazio, State Bar No. 018890
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: 602-792-5700
Facsimile: 602-792-5710
*Attorneys for Plaintiff Owners Insurance Company*

Timothy J. Thomason (#009869)
J. Gregory Cahill, (#012654)
**MARISCAL, WEEKS, MCINTYRE
 & FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Telephone: (602) 285-5000
Facsimile: (602) 285-5100
*Attorneys for Defendants Cygan*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| OWNERS INSURANCE COMPANY, a foreign insurer licensed to do business in the State of Arizona,<br><br>   Plaintiff,<br><br>   vs.<br><br>LEWIS & WALRAVEN ENTERPRISES, INC., an Arizona company; and BERNARD M. AND GERALDINE P. CYGAN, husband and wife,<br><br>   Defendants. | Case No. 2:09-cv-02578-JAT<br><br>**PROPOSED JOINT CASE MANAGEMENT MEMORANDUM** |

Pursuant to this Court's Order dated May 12, 2010, the parties hereby jointly submit the following Proposed Case Management Plan:

**1.   Nature Of The Case**

This case is an action for a declaration regarding coverage under an Owners Insurance Company policy. Lewis & Walraven was sued by Defendants Cygan for construction defects in an action in the Yavapai County Superior Court, captioned *Cygan*

*v. Lewis & Walraven Enterprises, Inc,* CV2008-1396. The construction defects alleged involve an exterior deck that was originally constructed by Lewis & Walraven in the original build of the custom home in 2003. Due to complaints of leaking, Lewis & Walraven performed repairs in 2005 and a separate contractor added a cedar ceiling to the deck. The Cygans complained of leaking again in 2008 and the deck was demolished and rebuilt. The underlying action is scheduled to go to trial on June 22, 2010.

Lewis & Walraven has been defended under a reservation of rights. Owners reserved its rights on the basis that the property damage at issue did not occur during the policy period, as required by the coverage terms. Additionally, Owners contends that the Owners policy does not provide coverage for damages that fall within the "products-completed operations hazard." Therefore, any alleged damage to anything other than Lewis' work (including the damage to the cedar ceiling) occurred after the work was completed and therefore falls within the "products-completed operations hazard." The Cygans contend that the Owners policy provides coverage for the damages claimed in the underlying action.

**2.     Jurisdictional Basis For Case**

This Court has jurisdiction under 28 U.S.C. § 1332. Venue in this judicial district is appropriate pursuant to 28 U.S.C. § 1391 (a). There is diversity among the parties and the amount in controversy with regard to the underlying dispute is in excess of $75,000.00.

**3.     Unserved Parties Or Parties That Have Not Answered**

All parties have been served. Default as to Defendant Lewis & Walraven Enterprises has been entered and an Application for Default Judgment as to Lewis & Walraven has been submitted.

**4.    Parties Not Subject To The Court's Jurisdiction**

None.

**5.    Suitability For Reference To Arbitration, Special Master, Or Magistrate**

The parties do not believe that the matter is suitable for reference to Arbitration at this time or for reference to a Special Master or Magistrate.

**6. Status of related cases**

As set forth above, the underlying action is scheduled to go to trial on June 22, 2010.  In addition, a second action for a declaration regarding coverage under an insurance policy issued by a different insurance carrier is pending in the Yavapai County Superior Court, captioned *Employers Mutual Casualty Company v. Lewis & Walraven Enterprises, Inc., et al.*, CV2009-01837.

**7.    Suggested Changes To The Timing Of Discovery**

None

**8.    Proposed Deadlines For:**

    a. Filing of motion to amend pleadings;

    August 1, 2010

    b. Disclosure of expert testimony;

    November 30, 2010

    c. Completion of discovery;

    February 10, 2011

    d. Dispositive motions before trial;

    March 15, 2011

    e. Other deadlines;

    None

**9.   Other Limitations On Discovery**

None.

**10.  Estimated Date Case Will Be Trial Ready**

May 30, 2011.

**11.  Jury Trial**

Jury trial has not been requested. Owners hereby requests that a jury trial be had relative to the questions of reasonableness of damages or any fact questions relative to whether coverage applies, while leaving the determination of coverage itself to the court.

**12.  Prospects For Settlement**

At this time, Owners believes that this case is not ready for settlement. Owners believes that it will be filing a preliminary dispositive motion on the coverage issues and that, once this motion is decided, prospects for settlement may improve. The Cygans are willing to attend Mediation or a Settlement Conference after the resolution of Owners' contemplated dispositive motion.

**13.  Modification Of Pretrial Procedures Due To Case Complexity/Other Matters**

Owners suggests that this Court preliminarily hear Owners' coverage arguments, as they are a matter of law, before beginning any discovery in earnest. Subsequent to a ruling on the motion, assuming it were denied, then the parties could move forward with any discovery of issues that cannot or have not been determined by the underlying case. For this reason, a longer discovery schedule has been proposed. Owners also suggests that this Court set a deadline for Owners to submit a summary judgment motion as to its coverage arguments for 60 days from the date of the status conference before this Court. This date is requested because Owners' counsel, Heather Fazio, will be out of the country for part of the month of July.

DATED: this 10th day of June, 2010.

                        GRAIF BARRETT & MATURA, P.C.

                    By:   /s/ Kevin C. Barrett
                             Kevin C. Barrett
                             Jay R. Graif
                             Heather Fazio
                             *Attorneys for Plaintiff Owners Insurance Company*

                      MARISCAL WEEKS MCINTYRE & FRIEDLANDER, P.A.

                    By:   /s/J. Gregory Cahill
                             J. Gregory Cahill
                             *Attorney for Defendants Cygan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

J. Gregory Cahill
Mariscal Weeks McIntyre & Friedlander, P.A.
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
*Attorney for Defendants Cygan*

/s/Amanda Ferguson